**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6393**

———————

BURNICE DOUGLAS, JR.,

                                   Petitioner - Appellant,

        versus

STATE OF SOUTH CAROLINA; CHARLES CONDON,
Attorney General of the State of South
Carolina; WILLIE EAGLETON, Warden, Evans
Correctional Institution,

                                   Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Terry L. Wooten, District Judge.
(CA-02-2166)

———————

Submitted:  May 29, 2003              Decided:  June 4, 2003

———————

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Burnice Douglas, Jr., Appellant Pro Se.  Derrick K. McFarland,
OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South
Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Burnice Douglas, Jr., a state prisoner, seeks to appeal the district court's order accepting the report and recommendation of a magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). Habeas corpus relief may be granted only if the state court's decision is contrary to, or an unreasonable application of, clearly established federal law as determined by the Supreme Court, or the state court's decision was based on an unreasonable determination of the facts. 28 U.S.C. § 2254(d). An appeal may not be taken from the final order in a habeas corpus proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). This Court may only grant a certificate of appealability if the appellant makes a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). The relevant inquiry is whether "'reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.'" <u>Miller-El v. Cockrell</u>, 123 S. Ct. 1029, 1040 (2003) (quoting <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000)). We have independently reviewed the record and conclude that Douglas has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>